JUDGE CASTEL

Judith A. Lockhart, Esq.
Andriy R. Pazuniak, Esq.
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 238-8603
Facsimile: (212) 732-3232
lockhart@clm.com
pazuniak@clm.com
*Attorneys for Balance Point Divorce Funding, LLC*

**13 CV 1049**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

BALANCE POINT DIVORCE FUNDING, LLC,

    Plaintiff,

v.

TIMOTHY D. SCRANTOM, BLACKROBE CAPITAL PARTNERS, LLC, JURIDICA CAPITAL MANAGEMENT (US) INC., and JURIDICA INVESTMENTS LIMITED,

    Defendants.
-------------------------------------------------------------

Index No.

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Balance Point Divorce Funding, LLC (a private non-governmental party) certifies that said party has the following corporate parents, affiliates and/or subsidiaries: Asta Funding, Inc. is a joint venture funding partner.

Dated: February 14, 2013

                                  CARTER LEDYARD & MILBURN LLP

                                  By_____
                                  Judith A. Lockhart (    )
                                  lockhart@clm.com
                                  Andriy R. Pazuniak (AP8412)
                                  pazuniak@clm.com
                                  Carter Ledyard & Milburn LLP

2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Plaintiffs Balance Point Divorce Funding, LLC*