```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Balance Point Divorce Funding, LLC,                    13 Civ. 1049 (PKC)

              Plaintiff(s),                    ORDER

       -against-                                    INITIAL PRETRIAL CONFERENCE

Timothy D. Scrantom, et al.,

              Defendant(s).

---

CASTEL, United States District Judge.

    1. Counsel for all parties are directed to appear before the undersigned for an Initial Pretrial Conference, in accordance with Rule 16 of the Federal Rules of Civil Procedure on April 3, 2013 at 2:30 p.m. in Courtroom 12C at the United States Courthouse, 500 Pearl Street, New York, New York. Principal trial counsel must appear at this and all subsequent conferences.

    2. **COUNSEL FOR PLAINTIFF IS DIRECTED TO IMMEDIATELY SEND A COPY OF THIS NOTICE TO ALL PARTIES.**

    3. This case has been designated for electronic case filing. By the date of the Initial Pretrial Conference counsel for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing and file a Notice of Appearance.

    4. The parties are directed to submit a joint letter five business days prior to the conference addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. The parties are requested to set forth the date and time of the Conference in the opening paragraph of the joint letter.

    5. The parties are directed to consult the undersigned's Individual Practices and to confer on a Case Management Plan. They may be found on the Court's internet site: www.nysd.uscourts.gov/judges/USDJ/castel.htm. If the action has been designated as a "Complex Civil Case" under Chief Judge Preska's Standing Order of November 1, 2011, then the parties should utilize the undersigned's "Case Management Plan for Complex Cases." Otherwise the standard "Case Management Plan" should be used. The jointly proposed Plan (standard or complex) should be submitted in writing to the Court at the conference.

    6. Requests for adjournment of the Initial Pretrial Conference will be considered only if made in writing and otherwise in accordance with the undersigned's Individual Practices.

SO ORDERED.

                                                                       P. Kevin Castel
                                                                   United States District Judge

Dated: New York, New York
        February 20, 2013