# CARTER LEDYARD & MILBURN LLP

*Counselors at Law*

**Judith A. Lockhart**
**Partner**
•
*Direct Dial: 212-238-8603*
*E-mail: lockhart@clm.com*

*2 Wall Street*
*New York, NY 10005-2072*
•
*Tel (212) 732-3200*
*Fax (212) 732-3232*

**MEMO ENDORSED**

*570 Lexington Avenue*
*New York, NY 10022-6856*
*(212) 371-2720*

March 13, 2013

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-14-13

**BY FACSIMILE (212-805-7949)**
Honorable P. Kevin Castel, U.S.D.J.
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Balance Point Divorce Funding, LLC v. Timothy D. Scrantom,
et al., Case No. 13 Civ. 1049 (PKC) (Our Ref. BAL25-001)

Dear Judge Castel:

We represent Balance Point Divorce Funding, LLC ("Balance Point"), the plaintiff in the above referenced matter.

The parties were directed to appear for an Initial Pretrial Conference on April 3, 2013. Pursuant to Fed. R. Civ. P. 26(f), the parties are required to confer by Wednesday, March 13, 2013, to discuss a proposed discovery plan. After the Initial Pretrial Conference Order was filed, Balance Point was ordered to file an amended complaint by March 18, 2013. Therefore, the defendants will not receive the amended complaint by March 13. Moreover, service on certain defendants must be effectuated through the Hague Convention, which typically involves a prolonged process.

Accordingly, we request an adjournment of the Initial Pretrial Conference currently scheduled for April 3, 2013, and request that the Initial Pretrial Conference be re-scheduled for a later date in order to allow Balance Point time to file its amended complaint and to serve all defendants. The original date of the Initial Pretrial Conference was April 3, 2013, and this is the first request for an adjournment. The defendants have yet to be served.

Respectfully submitted,

*Judith A. Lockhart*  ARP

Judith A. Lockhart

JAL:arp

*Conference adjourned from April 3*
*to June 14, 2013 at 12:30 p.m.*
*SO ORDERED*
*[signature] USDJ*
*3-13-13*

7168615.1

TOTAL P.02