AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Balance Point Divorce Funding, LLC )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>Timothy D. Scrantom, Juridica Capital Management )<br>Limited, et al. (*see next attachment for full caption) )<br>)<br>*Defendant* ) | Civil Action No.  13-cv-01049 (PKC) (SN) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Juridica Capital Management (US) Inc.
65 East 55th Street, 23rd Floor
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:  MAR 1 8 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-cv-01049 (PKC) (SN)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                                    *Server's signature*

                            _____
                                                    *Printed name and title*


                            _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

Judith A. Lockhart, Esq.
Andriy R. Pazuniak, Esq.
CARTER LEDYARD & MILBURN LLP
Two Wall Street
New York, New York 10005
Telephone: (212) 238-8603
Facsimile:  (212) 732-3232
lockhart@clm.com
pazuniak@clm.com
*Attorneys for Balance Point Divorce Funding, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BALANCE POINT DIVORCE FUNDING, LLC,

           Plaintiff,

v.

TIMOTHY D. SCRANTOM, JURIDICA CAPITAL MANAGEMENT LIMITED, JURIDICA CAPITAL MANAGEMENT (US) INC., and JURIDICA INVESTMENTS LIMITED,

           Defendants.

---

Index No. 13-cv-01049 (PKC) (SN)

<u>AMENDED COMPLAINT AND JURY DEMAND</u>

7171861.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
BALANCE POINT DIVORCE FUNDING, LLC,

        Plaintiff(s),

-against-

TIMOTHY D. SCRANTOM, et al.,

        Defendant(s).
-----------------------------------------------X

AFFIDAVIT OF SERVICE
13-CV-01049(PKC)(SN)

STATE OF NEW YORK  )
                           S.S.:
COUNTY OF ALBANY  )

        DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 20TH day of March, 2013, at approximately the time of 11:00A.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served the SUMMONS IN A CIVIL CASE AND AMENDED COMPLAINT AND JURY DEMAND AND RULE 7.1 DISCLOSURE STATEMENT AND CIVIL COVER SHEET AND JUDGE P. KEVIN CASTEL'S RULES AND MAGISTRATE SARAH NETBURN'S RULES AND ELECTRONIC CASE FILING RULES & INSTRUCTIONS upon JURIDICA CAPITAL MANAGEMENT (US) INC., the defendant in this action, by delivering to and leaving with DONNA CHRISTIE an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 306 Business Corporation Law.

        Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

        DONNA CHRISTIE is a white female, approximately 48 years of age, stands approximately 5 feet 4 inches tall, weighs approximately 140 pounds with blonde hair and wears glasses.

DEBORAH LaPOINTE

Sworn to before me this
20TH day of March, 2013

_____
NOTARY PUBLIC

FRANK J. PANUCCI
NOTARY PUBLIC, STATE OF NEW YORK
COUNTY OF ALBANY
# 4721156
COMMISSION EXPIRES JULY 31, 20 14

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com

```
                State of New York - Department of State
                           Receipt for Service

Receipt #:  201303200349
Date of Service:  03/20/2013                    Cash #:  201303200112
Service Company:  10 D.L.S. INC. - 10           Fee Paid:  $40 - CHECK

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:   JURIDICA CAPITAL MANAGEMENT (US) INC.


Plaintiff/Petitioner:
         BALANCE POINT DIVORCE FUNDING, LLC



Service of Process Address:
JURIDICA CAPITAL MANAGEMENT (US) INC.
65 EAST 55TH STREET, 23RD FLR
NEW YORK, NY 10022


                                                Secretary of State
                                                By  DONNA CHRISTIE
```