```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-31-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BALANCE POINT DIVORCE FUNDING,
LLC,

                           Plaintiff,                 13 Civ. 1049 (PKC)

        -against-                  CORRECTION TO MEMORANDUM
                                                        AND ORDER OF OCTOBER 21, 2013

TIMOTHY D. SCRANTOM, JURIDICA
CAPITAL MANAGEMENT LIMITED,
JURIDICA CAPITAL MANAGEMENT (US)
INC., and JURIDICA INVESTMENTS
lIMITED,
                       Defendant.
------------------------------------------------------------x
P. KEVIN CASTEL, District Judge

        The second paragraph on page 2 of the Order of October 21, 2013, starting with "For the reasons stated above" is deleted, and, in its place, the following is inserted:

> For the reasons stated below, defendants' motions to dismiss are granted with respect to the tortious interference with business relations claim and denied with respect to all other claims. Mr. Scrantom's motion to dismiss under principles of abstention is denied, and his motion to transfer venue is denied without prejudice.

The last paragraph beginning on page 21 of the Order starting with "For the reasons stated above" is deleted and, in its place, the following is inserted:

> For the reasons stated above, defendants' motions to dismiss are GRANTED with respect to the tortious interference with business relations claim and DENIED with respect to all other claims. Mr. Scrantom's motion to dismiss under principles of abstention is DENIED, and his motion to transfer venue is DENIED without prejudice.


SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
October 30, 2013